THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ASHLEY HUYNH, a single person,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GRANWEST PROPERTY & CASUALTY INSURANCE,<br><br>　　　　　　Defendant. | No. 2:24-cv-00338 JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO REMAND<br><br>NOTE ON MOTION CALENDAR:<br><br>March 22, 2024 |

## STIPULATION

The parties stipulate and agree that there is not complete diversity of citizenship between all plaintiffs and all defendants and that diversity jurisdiction under 28 U.S.C. §1332 is lacking. The parties move the Court for an order remanding this action to King County Superior Court.

//

//

//

//

STIPULATED MOTION FOR REMAND AND [PROPOSED] ORDER
(No. 2:24-cv-00338) - 1

Ruiz & Smart LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

RESPECTFULLY SUBMITTED this 22nd day of March 2024.

| | |
|---|---|
| **RUIZ & SMART LLP** | **WATHEN \| LEID \| HALL \| RIDER, P.C.** |
| By: *s/Denise Chen* <br> Isaac Ruiz, WSBA #35237 <br> iruiz@ruizandsmart.com <br> Denise Chen, WSBA #59906 <br> dchen@ruizandsmart.com <br> David Fadduol, WSBA #61126 <br> dfadduol@ruizandsmart.com <br><br> *Counsel for Ashley Huynh* | By: *s/Rory Leid* <br> Rory W. Leid, III, WSBA #25075 <br> Dylan R. Knapp, WSBA #58394 <br> *Attorneys for Defendant* <br> 222 Etruria Street <br> Seattle, WA 98109 <br> Tel: (206) 622-0494 \| Fax: (206) 587-2476 <br> rleid@wlhr.legal \| dknapp@wlhr.legal <br><br> *Counsel for Granwest Property & Casualty Insurance* |

### ORDER

THIS MATTER came before the Court on the parties' stipulated motion to remand.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The stipulated motion to remand is GRANTED.

2. The Clerk of the Court shall immediately REMAND this matter to the Superior Court of the State of Washington for King County.

IT IS SO ORDERED.

Dated: March 22nd, 2024.

_____
The Honorable James L. Robart
U.S. District Court Judge

Presented by:

STIPULATED
MOTION FOR REMAND AND
[PROPOSED] ORDER
(No. 2:24-cv-00338) - 2

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

**RUIZ & SMART LLP**

By: *s/Denise Chen*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Denise Chen, WSBA #59906
dchen@ruizandsmart.com
David Fadduol, WSBA #61126
dfadduol@ruizandsmart.com
901 Fifth Avenue, Suite 820
Seattle, WA 98164
Tel. (206) 203-9100
*Counsel for Ashley Huynh*

**WATHEN | LEID | HALL | RIDER, P.C.**

By: *s/Rory Leid*
Rory W. Leid, III, WSBA #25075
Dylan R. Knapp, WSBA #58394
*Attorneys for Defendant*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@wlhr.legal | dknapp@wlhr.legal

STIPULATED MOTION FOR REMAND AND [PROPOSED] ORDER
(No. 2:24-cv-00338) - 3

**RUIZ & SMART LLP**
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702